686 A.2d 1187

IN THE MATTER OF IGNACIO SAAVEDRA, JR., AN ATTORNEY AT LAW.

January 15, 1997.

## ORDER

The Disciplinary Review Board on June 7, 1996, having filed with the Court its decision concluding that **IGNACIO SAAVE-DRA, JR.,** of **WEST NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1972, should be suspended for his violations of *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and *RPC* 1.15 and *RPC* 8.4(c) (for failure to return an unearned retainer);

And the Disciplinary Review Board having further concluded that respondent should be required to complete ten hours of ethics courses within a period of one year and that respondent should practice only under the supervision of a proctor for a period of one year following his restoration;

And good cause appearing;

It is ORDERED that **IGNACIO SAAVEDRA, JR.,** is hereby suspended from the practice of law for a period of three months, effective February 10, 1997, and until the further Order of the Court;  and it is further

ORDERED that respondent shall provide the Office of Attorney Ethics with proof of his successful completion of ten hours of ethics courses within a period of one year;  and it is further

ORDERED that respondent shall practice law only under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year following his restoration to the practice of law, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.